RECEIVED

NOV 1 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

LINDA L. ROGERS, ET AL.                          MISC. CASE NO. 16-mc-67

VERSUS                                            JUDGE DOHERTY

TAKEDA PHARMACEUTICAL COMPANY                     MAGISTRATE JUDGE HANNA
LIMITED, ET AL


### JUDGMENT ADOPTING REPORT AND RECOMMENDATION


Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Linda L.

Rogers (surviving daughter), as Administratrix and Derivative Claimant, of the Estate of Joe

Billy Rogers, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate

Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 15th day of November, 2016.


REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE